## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:                                    :        Case No. 13-52934

    Curtis H. Knapp

                           :        Chapter 13

                           :

      Debtor(s).                         :        Judge Hoffman

### <u>NOTICE OF CHANGE OF ADDRESS</u>

Debtor, Curtis H. Knapp, through counsel hereby notifies all parties of his change of address to:

107 David Square, Westerville, Ohio  43081

Date: 6/3/2015                                Respectfully submitted,


                                 /s/ Robert J. Leon

                                 Robert J. Leon (0078077)
                                 Attorney for Debtor(s)
                                 470 Olde Worthington Road, Ste 200
                                 Westerville, OH  43082
                                 (614) 410-6637 Telephone
                                 (614) 467-4461 Fax
                                 bankruptcycourt@rjleonlaws.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and accurate copy of the foregoing was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this 3rd day of June, 2015.

/s/ Robert J. Leon

Robert J. Leon (0078077)
Attorney for Debtor(s)
470 Olde Worthington Road, Ste 200
Westerville, OH  43082
(614) 410-6637 Telephone
(614) 467-4461 Fax
bankruptcycourt@rjleonlaws.com

**Served Electronically To:**

Faye English
|Chapter 13 Trustee|One Columbus|
10 West Broad St|Suite 900|
Columbus, OH 43215-3449

Office of the United States Trustee
170 N. High Street, Ste 200
Columbus, OH  43215

Robert J. Leon
Attorney for Debtor(s)
470 Olde Worthington Road, Ste 200
Westerville, OH  43082